THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jewel Mosley, individually and as Legal Guardian for her minor child, T.E.,<br><br>Plaintiff,<br><br>v.<br><br>Hain Celestial Group, Inc.; Nurture, Inc.; Danone S.A; Plum, PBC, d.b.a. Plum Organics; Campbell Soup Company; Beech-Nut Nutrition Company; Gerber Products Company; Nestle S.A.; and Walmart, Inc.,<br><br>Defendants. | Case No. 3:23-cv-06176 BHS<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST EXTENSION)**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 12, 2024** |

STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT
(No. 3:23-cv-06176)

PERKINS COIE LLP
1201 THIRD AVENUE, SUITE 4900
SEATTLE, WASHINGTON 98101-3099
TELEPHONE: 206-359-3349

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Jewel Mosley, individually and as Legal Guardian for her minor child, T.E., ("Plaintiff"), at defendants' request, hereby stipulates that defendants Hain Celestial Group, Inc.; Nurture, LLC (incorrectly named as Nurture, Inc.); Plum, PBC; Campbell Soup Company; Beech-Nut Nutrition Company; Gerber Products Company; and Walmart, Inc. may have until February 16, 2024 to file and serve their respective responses to the complaint which will assist defendants with preparing their responses.

Dated: January 12, 2024

*Counsel certifies that this memorandum contains 80 words, in compliance with the Local Civil Rules.*

By: /s/ Laura Hill
    Laura Hill
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: 206-359-3349
    Email: LHill@perkinscoie.com

    *Attorneys for Defendant Plum, PBC*

By: /s/ Michael X. Imbroscio
    Michael X. Imbroscio (Pro Hac Vice Forthcoming)
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street NW
    Washington, DC 20001
    Telephone: 202-662-6000
    Facsimile: 202-778-5868
    Email: mimbroscio@cov.com

    *Attorneys for Defendant Hain Celestial Group, Inc.*

By: /s/Anthony Todaro
    Anthony Todaro
    DLA PIPER LLP
    701 Fifth Avenue, Suite 6900
    Seattle, Washington 98104-7029
    Telephone: 206-839-4830

STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT
(No. 3:23-cv-06176) - 2 -

PERKINS COIE LLP
1201 THIRD AVENUE, SUITE 4900
SEATTLE, WASHINGTON 98101-3099
TELEPHONE: 206-359-3349

1  Email: anthony.todaro@dlapiper.com

2  *Attorneys for Defendant Nurture, LLC (incorrectly named as Nurture, Inc.)*

3  By: */s/ Robert D. Lee*
   Robert D. Lee
4  COZEN O'CONNOR
   999 Third Avenue, Suite 1900
5  Seattle, WA 98104
   Telephone: 206-224-1244
6  Facsimile: 206-456-4350
   Email: rlee@cozen.com
7
   *Attorneys for Defendant Campbell Soup Company*
8
   By: */s/ Rodney L. Umberger*
9  Rodney L. Umberger
   WILLIAMS KASTNER
10 601 Union Street, Suite 4100
   Seattle, WA 98101-2380
11 Telephone: 206-628-2421
   Facsimile: 206-628-6611
12 Email: rumberger@williamskastner.com

13 *Attorneys for Defendants Beech-Nut Nutrition Company & Walmart Inc.*

14 By: */s/ Daniel M. Weiskopf*
   Daniel M. Weiskopf
15 MCNAUL EBEL NAWROT & HELGREN PLLC
   600 University Street, Suite 2700
16 Seattle, WA 98101-3143
   Telephone: 206-389-9372
17 Facsimile: 206-624-5128
   Email: dweiskopf@mcnaul.com
18
   *Attorneys for Defendant Gerber Products Company*
19
   By: */s/ Daniel Paul Mallove*
20 Daniel Paul Mallove
   LAW OFFICE OF DANIEL P. MALLOVE, PLLC
21 2003 Western Ave, Suite 400
   Seattle, WA 98121
22 Telephone: 206-239-9933
   Facsimile: FAX 587-0277
23 Email: dmallove@dpmlaw.com

24 *Attorneys for Plaintiffs*

25

26

27

28 STIPULATED MOTION TO EXTEND TIME
   TO RESPOND TO COMPLAINT
   (No. 3:23-cv-06176)               - 3 -

PERKINS COIE LLP
1201 THIRD AVENUE, SUITE 4900
SEATTLE, WASHINGTON 98101-3099
TELEPHONE: 206-359-3349

**ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED. The deadline for the defendants to respond to the complaint is extended to February 16, 2024.

Dated this 16th day of January, 2024.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Laura Hill*

Laura Hill
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206-359-3349
Email: LHill@perkinscoie.com

*Attorneys for Defendant Plum, PBC*

STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT
(No. 3:23-cv-06176)

PERKINS COIE LLP
1201 THIRD AVENUE, SUITE 4900
SEATTLE, WASHINGTON 98101-3099
TELEPHONE: 206-359-3349