The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEWEL MOSLEY, individually and as Legal Guardian for her minor child, T.E.,<br><br>Plaintiff,<br><br>v.<br><br>HAIN CELESTIAL GROUP, INC.; NURTURE, INC.; DANONE S.A; PLUM, PBC, d.b.a. PLUM ORGANICS; CAMPBELL SOUP COMPANY; BEECH-NUT NUTRITION COMPANY; GERBER PRODUCTS COMPANY; NESTLE S.A.; and WALMART, INC.<br><br>Defendants. | No. 3:23-cv-06176-BHS<br><br>**STIPULATED MOTION AND ORDER SETTING DEADLINE FOR NESTLÉ S.A. TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: **February 28, 2024** |

**STIPULATED MOTION**

Plaintiff Jewel Mosley, individually and as Legal Guardian for her minor child, T.E. ("Mosley") and defendant Nestlé S.A. ("Nestlé") stipulate and agree that the deadline for Nestlé to respond to Mosley's Complaint should be extended to March 29, 2024.

STIPULATED MOTION AND
ORDER SETTING DEADLINE FOR NESTLÉ S.A.
TO RESPOND TO COMPLAINT
No. 3:23-cv-06176-BHS – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

SO STIPULATED this 28th day of February, 2024.

| **ARETE LAW GROUP PLLC** | **LAW OFFICE OF DANIEL P. MALLOVE, PLLC** |
|---|---|

By: /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

Daniel P. Mallove, WSBA No. 13158
2003 Western Avenue, Suite 400
Seattle, WA 98121
dmallove@dpmlaw.com

**MAYER BROWN LLP**

**WISNER BAUM, LLP**

Carmine Zarlenga (admitted *pro hac vice*)
Katherine Bleicher (admitted *pro hac vice*)
Oral Pottinger (admitted *pro hac vice*)
1999 K Street, NW
Washington, DC 20006
opottinger@mayerbrown.com
czarlenga@mayerbrown.com
kbleicher@mayerbrown.com

By: /s/ Pedram Esfandiary
R. Brent Wisner (admitted *pro hac vice*)
Pedram Esfandiary (admitted *pro hac vice*)
Mayra Maturana (admitted *pro hac vice*)
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
rbwisner@wisnerbaum.com
pesfandiary@wisnerbaum.com
mmaturana@wisnerbaum.com

*Attorneys for Defendant Nestlé S.A.*

*Attorneys for Plaintiff*

STIPULATED MOTION AND
ORDER SETTING DEADLINE FOR NESTLÉ S.A.
TO RESPOND TO COMPLAINT
No. 3:23-cv-06176-BHS – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**ORDER**

IT IS SO ORDERED.  The deadline for Nestlé to respond to Mosley's Complaint is extended to March 29, 2024.

DATED this 29th day of February, 2024

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND
ORDER SETTING DEADLINE FOR NESTLÉ S.A.
TO RESPOND TO COMPLAINT
No. 3:23-cv-06176-BHS – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**LAW OFFICE OF DANIEL P. MALLOVE, PLLC**

| | |
|---|---|
| Daniel P. Mallove<br>2003 Western Avenue, Suite 400<br>Seattle, WA 98121<br>dmallove@dpmlaw.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

**WISNER BAUM, LLP**

| | |
|---|---|
| R. Brent Wisner (*pro hac vice*)<br>Pedram Esfandiary (*pro hac vice*)<br>Mayra Maturana (*pro hac vice*)<br>11111 Santa Monica Blvd., Suite 1750<br>Los Angeles, CA 90025<br>rbwisner@wisnerbaum.com<br>pesfandiary@wisnerbaum.com<br>mmaturana@wisnerbaum.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

*Counsel for Plaintiff*

**PERKINS COIE LLP**

| | |
|---|---|
| Laura C. Hill, Bar No. 49229<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>LHill@perkinscoie.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

**DECHERT LLP**

| | |
|---|---|
| Hope S. Freiwald (*pro hac vice*)<br>Katherine Unger Davis (*pro hac vice*)<br>Cira Centre, 2929 Arch Street<br>Philadelphia, PA 19104<br>hope.freiwald@dechert.com<br>kate.UngerDavis@dechert.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

*Counsel for Defendant Plum, PBC*

STIPULATED MOTION AND
ORDER SETTING DEADLINE FOR NESTLÉ S.A.
TO RESPOND TO COMPLAINT
No. 3:23-cv-06176-BHS – Page 4

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**COZEN O'CONNOR**

Robert D. Lee  
999 Third Avenue, Suite 1900  
Seattle, WA 98104  
rlee@cozen.com

☐ E-mail
☐ U.S. Mail
☒ E-filing

**COZEN O'CONNOR**

Peter M. Ryan (*pro hac vice*)  
Joan Taylor (*pro hac vice*)  
One Liberty Place, 1650 Market Street, Suite 2800  
Philadelphia, PA 19103  
pryan@cozen.com  
joantaylor@cozen.com

☐ E-mail
☐ U.S. Mail
☒ E-filing

*Counsel for Defendant Campbell Soup Company*

**McNAUL EBEL NAWROT & HELGREN PLLC**

Daniel M. Weiskopf  
600 University Street, Suite 2700  
Seattle, Washington 98101  
dweiskopf@mcnaul.com

☐ E-mail
☐ U.S. Mail
☒ E-filing

**WHITE & CASE LLP**

Bryan A. Merryman (*pro hac vice*)  
609 Main Street, Suite 2900  
Houston, TX 77002

☐ E-mail
☐ U.S. Mail
☒ E-filing

*Counsel for Defendant Gerber Products Company*

**WILLIAMS, KASTNER & GIBBS PLLC**

Rodney L. Umberger  
Eddy Silverman  
601 Union Street, Suite 4100  
Seattle, WA 98101-2380  
rumberger@williamskastner.com  
esilverman@williamskastner.com

☐ E-mail
☐ U.S. Mail
☒ E-filing

**KING & SPALDING LLP**

Livia M. Kiser (*pro hac vice*)

☐ E-mail

STIPULATED MOTION AND
ORDER SETTING DEADLINE FOR NESTLÉ S.A.
TO RESPOND TO COMPLAINT
No. 3:23-cv-06176-BHS – Page 5



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

| | | |
|---|---|---|
| 110 North Wacker Drive, Suite 3800<br>Chicago, Illinois 60606<br>lkiser@kslaw.com | ☐<br>☒ | U.S. Mail<br>E-filing |
| Peter Hsiao (*pro hac vice*)<br>633 W 5th Street, Suite 1600<br>Los Angeles, CA 90071<br>phsiao@kslaw.com | ☐<br>☐<br>☒ | E-mail<br>U.S. Mail<br>E-filing |
| Todd P. Davis (*pro hac vice*)<br>1180 Peachtree Street<br>Atlanta, Georgia 30309<br>tdavis@kslaw.com | ☐<br>☐<br>☒ | E-mail<br>U.S. Mail<br>E-filing |

*Counsel for Defendants Beech-Nut Nutrition Company & Walmart, Inc.*

**DLA PIPER LLP (US)**

| | | |
|---|---|---|
| Anthony Todaro<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>anthony.todaro@us.dlapiper.com | ☐<br>☐<br>☒ | E-mail<br>U.S. Mail<br>E-filing |

*Counsel for Defendant Nurture, LLC*

**SCHWABE, WILLIAMSON & WYATT, P.C.**

| | | |
|---|---|---|
| Karleen J. Scharer<br>Ryan J. Roberts<br>1420 5th Avenue, Suite 3400<br>Seattle, WA 98101<br>kscharer@schwabe.com<br>rroberts@schwabe.com | ☐<br>☐<br>☒ | E-mail<br>U.S. Mail<br>E-filing |

*Counsel for Defendant The Hain Celestial Group, Inc.*

Dated this 28th day of February, 2024 in Seattle, Washington.

/s/ Kaila Greenberg
Kaila Greenberg
Legal Assistant

STIPULATED MOTION AND
ORDER SETTING DEADLINE FOR NESTLÉ S.A.
TO RESPOND TO COMPLAINT
No. 3:23-cv-06176-BHS – Page 6

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250