Hon. Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

Jewel Mosley, individually and as Legal Guardian for her minor child, T.E.,

Plaintiff,

v.

Hain Celestial Group, Inc.; Nurture, Inc.; Danone S.A; Plum, PBC, d.b.a. Plum Organics; Campbell Soup Company; Beech-Nut Nutrition Company; Gerber Products Company; Nestle S.A.; and Walmart, Inc.

Defendants.

Case No. 3:23-cv-06176-BHS

STIPULATED MOTION AND ORDER TO (1) EXTEND PLAINTIFF'S DEADLINE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; (2) EXTEND DEFENDANTS' DEADLINE TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS; AND (3) EXTEND DEADLINES TO HOLD FRCP 26(F) CONFERENCE, SERVE INITIAL DISCLOSURES, AND FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN

**NOTE ON MOTION CALENDAR: March 8, 2024**

WHEREAS, on February 16, 2024, Defendants Hain Celestial Group, Inc., Nurture, LLC (formerly known as Nurture, Inc.), Plum, PBC, Beech-Nut Nutrition Company, Gerber Products Company, and Walmart Inc. filed a Motion to Dismiss Plaintiff's Complaint.

WHEREAS, on February 16, 2024, Defendant Campbell Soup Company also filed a Motion to Dismiss Plaintiff's Complaint.

WHEREAS the current deadline for Plaintiff's opposition to Defendants' motions to dismiss is March 11, 2024, and the current deadline for Defendants to file and serve their replies in support of their motions to dismiss is March 15, 2024.

WHEREAS, a petition to consolidate this case is currently pending before the Judicial Panel

WISNER BAUM, LLP
Pedram Esfandiary
11111 Santa Monica Blvd, Ste 1750
Los Angeles, California 90025

on Multi-District Litigation and set to be heard on March 28, 2024.

WHEREAS, the parties agree that Plaintiff shall be afforded an extension to May 10, 2024, to file his opposition.

WHEREAS, the parties agree that Defendants shall be afforded an extension to May 24, 2024, to file their reply.

WHEREAS, the parties agree that the noting date on Defendants' motion to dismiss shall be continued from March 15, 2024 to May 24, 2024.

WHEREAS, the Court's Order dated January 19, 2024, set the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | April 4, 2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | April 11, 2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | April 18, 2024 |

WHEREAS, the parties agree to extend the deadlines set by the Court's Order dated January 19, 2024, until after the briefing on Defendants' motions to dismiss, as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | June 14, 2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | June 28, 2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | July 12, 2024 |

WHEREAS, the parties have not sought a prior extension, and this stipulation is made in good faith and not for the purpose of delay.

**IT IS HEREBY STIPULATED** and agreed by and between Plaintiff and Defendants Hain Celestial Group, Inc.; Nurture, LLC (formerly known as Nurture, Inc.); Plum, PBC; Campbell Soup Company; Beech-Nut Nutrition Company; Gerber Products Company; and Walmart Inc., by and through their respective counsel of record, subject to approval by the Court, that:

1. The deadline for Plaintiff to file an opposition to Defendants' Motions to Dismiss is extended to May 10, 2024;

WISNER BAUM, LLP
Pedram Esfandiary
11111 Santa Monica Blvd, Ste 1750
Los Angeles, California 90025

2. The deadline for Defendants to file replies in support of Defendants' Motions to Dismiss is extended to May 24, 2024;

3. The noting date to Defendants' Motions to Dismiss is continued from March 15, 2024 to May 24, 2024;

4. The deadline for the parties to hold a FRCP 26(f) Conference is continued from April 4, 2024 to June 14, 2024;

5. The deadline for the parties to serve Initial Disclosures is continued from April 11, 2024 to June 28, 2024; and

6. The deadline for the parties to file a Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) is continued from April 18, 2024 to July 12, 2024.

Dated: March 8, 2024

LAW OFFICE OF DANIEL P. MALLOVE, PLLC

By: */s/ Daniel P. Mallove*
Daniel P. Mallove, WSBA No. 13158
2003 Western Avenue, Suite 400
Seattle, WA 98121
(206) 239-9933
dmallove@dpmlaw.com

WISNER BAUM LLP

By: */s/ Pedram Esfandiary*
Pedram Esfandiary (SBN: 312569)
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
(310) 207-3233
pesfandiary@wisnerbaum.com

*Attorneys for Plaintiff*

Dated: March 8, 2024

SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ Karleen J. Scharer (per email authority)*
Karleen J. Scharer, WSBA No. 48101
Ryan J. Roberts, WSBA No. 58161
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
(206) 622-1711
kscharer@schwabe.com

rroberts@schwabe.com

*Attorneys for Defendant The Hain Celestial Group, Inc.*

Dated: March 8, 2024

DLA PIPER LLP (US)

By: /s/ Anthony Todaro (per email authority)
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, WA 98104
(206) 839-4800
anthony.todaro@us.dlapiper.com

*Attorneys for Defendant Nurture, LLC (formerly known as Nurture, Inc.)*

Dated: March 8, 2024

PERKINS COIE LLP

By: /s/ Laura Hill (per email authority)
Laura Hill, WSBA No. 49229
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-3349
LHill@perkinscoie.com

Hope S. Freiwald (*pro hac vice*)
Katherine Unger Davis (*pro hac vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2514
hope.freiwald@dechert.com
kate.ungerdavis@dechert.com

*Attorneys for Defendant Plum, PBC*

Dated: March 8, 2024

WILLIAMS KASTNER AND GIBBS

By: /s/ Rodney L. Umberger, Jr. (per email authority)
Rodney L. Umberger, Jr., WSBA No. 24948
Edward M. Silverman, WSBA No. 53494
Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98101
(206) 628-6600
rumberger@williamskastner.com
esilverman@williamskastner.com
Livia Kiser (*pro hac vice*)

Peter Hsiao (*pro hac vice*)
Todd Davis (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4355
lkiser@kslaw.com
phsiao@kslaw.com
tdavis@kslaw.com

*Attorneys for Defendants Beech-Nut Nutrition Company and Walmart Inc.*

Dated: March 8, 2024

MCNAUL EBEL NAWROT & HELGREN PLLC

By: */s/ Daniel M. Weiskopf (per email authority)*
Daniel M. Weiskopf, WSBA No. 44941
600 University Street, Suite 2700
Seattle, WA 98101
(206) 467-1816
dweiskopf@mcnaul.com

Bryan A. Merryman (*pro hac vice*)
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
(213) 620-7700
bmerryman@whitecase.com

*Attorneys for Defendant Gerber Products Company*

Dated: March 8, 2024

COZEN O'CONNOR

By: */s/ Robert D. Lee (per email authority)*
Robert D. Lee, WSBA #46682
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: (206) 340-1000
E-mail: rlee@cozen.com

Peter M. Ryan (pro hac vice)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2130
pryan@cozen.com
Joan M. Taylor (pro hac vice)
One Liberty Place
1650 Market Street, Suite 2800

Philadelphia, PA 19103
Telephone: (215) 665-2077
joantaylor@cozen.com

*Attorneys for Campbell Soup Company*

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES - 6

WISNER BAUM, LLP
Pedram Esfandiary
11111 Santa Monica Blvd, Ste 1750
Los Angeles, California 90025

**ORDER**

Having read and considered the Stipulated Motion, and good cause appearing, the court **ORDERS** the following:

1. The deadline for Plaintiff to file an Opposition to Defendants' Motions to Dismiss is extended to May 10, 2024;
2. The deadline for Defendants to file replies in support of Defendants' Motions to Dismiss is extended to May 24, 2024;
3. The noting date to Defendants' Motion to Dismiss is continued from March 15, 2024 to May 24, 2024;
4. The deadline for the parties to hold a FRCP 26(f) Conference is continued from April 4, 2024 to June 14, 2024;
5. The deadline for the parties to serve Initial Disclosures is continued from April 11, 2024 to June 28, 2024; and
6. The deadline for the parties to file a Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) is continued from April 18, 2024 to July 12, 2024.

**IT IS SO ORDERED.**

DATED this 14th day of March, 2024.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

LAW OFFICE OF DANIEL P. MALLOVE, PLLC

By: */s/ Daniel P. Mallove*
Daniel P. Mallove, WSBA No. 13158
dmallove@dpmlaw.com

WISNER BAUM, LLP
Pedram Esfandiary
11111 Santa Monica Blvd, Ste 1750
Los Angeles, California 90025

///

WISNER BAUM LLP

By: /s/ Pedram Esfandiary
Pedram Esfandiary (SBN: 312569)
pesfandiary@wisnerbaum.com

*Attorneys for Plaintiff*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ Karleen J. Scharer (per email authority)*
Karleen J. Scharer, WSBA No. 48101
Ryan J. Roberts, WSBA No. 58161
kscharer@schwabe.com
rroberts@schwabe.com

*Attorneys for Defendant The Hain Celestial Group*

DLA PIPER LLP (US)

By: */s/ Anthony Todaro (per email authority)*
Anthony Todaro, WSBA No. 30391
anthony.todaro@us.dlapiper.com

*Attorneys for Defendant Nurture, LLC*

PERKINS COIE LLP

By: */s/Laura Hill (per email authority)*
Laura Hill, WSBA No. 49229
LHill@perkinscoie.com

Hope S. Freiwald (*pro hac vice*)
Katherine Unger Davis (*pro hac vice*)
DECHERT LLP
hope.freiwald@dechert.com
kate.ungerdavis@dechert.com

*Attorneys for Defendant Plum, PBC*

WILLIAMS KASTNER AND GIBBS

By: */s/ Rodney L. Umberger, Jr. (per email authority)*
Rodney L. Umberger, Jr., WSBA No. 24948
Edward M. Silverman, WSBA No. 53494
rumberger@williamskastner.com
esilverman@williamskastner.com

Livia Kiser (*pro hac vice*)
Peter Hsiao (*pro hac vice*)
Todd Davis (*pro hac vice*)
KING & SPALDING LLP
lkiser@kslaw.com
phsiao@kslaw.com
tdavis@kslaw.com

*Attorneys for Defendants Beech-Nut Nutrition Company and Walmart Inc.*

McNAUL EBEL NAWROT & HELGREN PLLC

By: */s/ Daniel M. Weiskopf (per email authority)*
Daniel M. Weiskopf, WSBA No. 44941
dweiskopf@mcnaul.com

Bryan A. Merryman (*pro hac vice*)
WHITE & CASE LLP
bmerryman@whitecase.com

*Attorneys for Defendant Gerber Products Company*

COZEN O'CONNOR

By: /s/ *Robert D. Lee (per email authority)*
Robert D. Lee WSBA #46682
rlee@cozen.com

Peter M. Ryan (*pro hac vice*)
Joan M. Taylor (*pro hac vice*)
pryan@cozen.com
joantaylor@cozen.com

*Attorneys for Campbell Soup Company*

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES - 9

WISNER BAUM, LLP
Pedram Esfandiary
11111 Santa Monica Blvd, Ste 1750
Los Angeles, California 90025

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system.

/s/ *Pedram Esfandiary*
Pedram Esfandiary

WISNER BAUM, LLP
Pedram Esfandiary
11111 Santa Monica Blvd, Ste 1750
Los Angeles, California 90025