Hon. Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jewel Mosley, individually and as Legal Guardian for her minor child, T.E.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Hain Celestial Group, Inc.; Nurture, Inc.; Danone S.A.; Plum, PBC, d.b.a. Plum Organics; Campbell Soup Company; Beech-Nut Nutrition Company; Gerber Products Company; Nestle S.A.; and Walmart, Inc.<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-06176-BHS<br><br>STIPULATED MOTION AND ORDER TO (1) EXTEND PLAINTIFF'S DEADLINE TO FILE AN OPPOSITION TO DEFENDANT NESTLÉ'S MOTION TO DISMISS; (2) EXTEND DEFENDANT NESTLÉ'S DEADLINE TO FILE A REPLY IN SUPPORT OF NESTLÉ'S MOTION TO DISMISS<br><br>**NOTE ON MOTION CALENDAR: April 15, 2024** |

　　　　WHEREAS, on March 28, 2024, Defendant Nestlé S.A. filed a Motion to Dismiss Plaintiff's Complaint.

　　　　WHEREAS the current deadline for Plaintiff's opposition to Defendant Nestlé S.A.'s motion to dismiss is April 15, 2024, and the current deadline for Defendant Nestlé S.A. to file and serve its reply in support of its motion to dismiss is April 19, 2024.

　　　　WHEREAS, a petition to consolidate this case is currently pending before the Judicial Panel on Multi-District Litigation and was heard on March 28, 2024. The parties await an order from the Panel.

　　　　WHEREAS, the parties agree that Plaintiff shall be afforded an extension to May 10, 2024, to

| | |
|---|---|
| STIPULATED MOTION AND ORDER TO EXTEND DEADLINES - 1 | WISNER BAUM, LLP<br>Pedram Esfandiary<br>11111 Santa Monica Blvd, Ste 1750<br>Los Angeles, California 90025 |

1  file her opposition.

2      WHEREAS, the parties agree that Defendant Nestlé S.A. shall be afforded an extension to

3  May 31, 2024, to file their reply.

4      WHEREAS, the parties agree that the noting date on Defendants' motion to dismiss shall be

5  continued from April 19, 2024 to May 31, 2024.

6      **IT IS HEREBY STIPULATED** and agreed by and between Plaintiff and Defendant

7  Nestlé S.A., by and through their respective counsel of record, subject to approval by the Court, that:

8      1.    The deadline for Plaintiff to file an opposition to Defendant Nestlé S.A.'s Motion to

9          Dismiss is extended to May 10, 2024;

10     2.    The deadline for Defendant Nestlé S.A. to file its reply in support of Defendant

11         Nestlé S.A.'s Motion to Dismiss is extended to May 31, 2024;

12     3.    The noting date to Defendant Nestlé S.A.'s Motion to Dismiss is continued from

13         April 19, 2024 to May 31, 2024;

14 Dated: April 15, 2024    LAW OFFICE OF DANIEL P. MALLOVE, PLLC

15     By: */s/ Daniel P. Mallove*
16         Daniel P. Mallove, WSBA No. 13158
        2003 Western Avenue, Suite 400
17         Seattle, WA 98121
        (206) 239-9933
18         dmallove@dpmlaw.com

19     WISNER BAUM LLP

20     By: */s/ Pedram Esfandiary*
        Pedram Esfandiary (SBN: 312569)
21         11111 Santa Monica Blvd., Suite 1750
        Los Angeles, CA 90025
22         (310) 207-3233
23         pesfandiary@wisnerbaum.com

24     *Attorneys for Plaintiff*

25 Dated: April 15, 2024    **ARETE LAW GROUP PLLC**

26     By: */s/ Jeremey E. Roller*
        Jeremey E. Roller, WSBA No. 32021
27         1218 Third Avenue, Suite 2100
        Seattle, WA 98101
28

STIPULATED MOTION AND ORDER TO    WISNER BAUM, LLP
EXTEND DEADLINES - 2    Pedram Esfandiary
    11111 Santa Monica Blvd, Ste 1750
    Los Angeles, California 90025

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

**MAYER BROWN LLP**

By: */s/ Carmine R. Zarlenga*
    Carmine R. Zarlenga (admitted *pro hac vice*)
    Oral D. Pottinger (admitted *pro hac vice*)
    Katherine M. Bleicher (admitted *pro hac vice*)
    1999 K Street, NW
    Washington, DC 20006
    Tel: (202) 263-3227
    Fax: (202) 263-5227
    Email:   czarlenga@mayerbrown.com
                 opottinger@mayerbrown.com
                 kbleicher@mayerbrown.com

*Attorneys for Defendant Nestlé S.A.*

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES - 3

WISNER BAUM, LLP
Pedram Esfandiary
11111 Santa Monica Blvd, Ste 1750
Los Angeles, California 90025

# ORDER

Having read and considered the Stipulated Motion, and good cause appearing, the court **ORDERS** the following:

4. The deadline for Plaintiff to file an opposition to Defendant Nestlé S.A.'s Motion to Dismiss is extended to May 10, 2024;

5. The deadline for Defendant Nestlé S.A. to file its reply in support of Defendant Nestlé S.A.'s Motion to Dismiss is extended to May 31, 2024;

6. The noting date to Defendant Nestlé S.A.'s Motion to Dismiss is continued from April 19, 2024 to May 31, 2024;

**IT IS SO ORDERED.**

DATED this 16th day of April, 2024.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

LAW OFFICE OF DANIEL P. MALLOVE, PLLC

By: */s/ Daniel P. Mallove*
     Daniel P. Mallove, WSBA No. 13158
     dmallove@dpmlaw.com

WISNER BAUM LLP

By: */s/ Pedram Esfandiary*
     Pedram Esfandiary (SBN: 312569)
     pesfandiary@wisnerbaum.com

*Attorneys for Plaintiff*

**ARETE LAW GROUP PLLC**

By: */s/ Jeremey E. Roller*
     Jeremey E. Roller, WSBA No. 32021
     jroller@aretelaw.com

**MAYER BROWN LLP**

By: */s/ Carmine R. Zarlenga*
    Carmine R. Zarlenga (admitted *pro hac vice*)
    Oral D. Pottinger (admitted *pro hac vice*)
    Katherine M. Bleicher (admitted *pro hac vice*)
    Email:    czarlenga@mayerbrown.com
                opottinger@mayerbrown.com
                kbleicher@mayerbrown.com

*Attorneys for Defendant Nestlé S.A.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system.

/s/ *Pedram Esfandiary*
Pedram Esfandiary

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES - 6

WISNER BAUM, LLP
Pedram Esfandiary
11111 Santa Monica Blvd, Ste 1750
Los Angeles, California 90025